IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

GAVINO MAZUREK                                            PLAINTIFF
#138629

v.                      No: 2:22-cv-11-DPM

DEXTER PAYNE, Director;
WILLIAM STRAUGHN,
Grievance Administrator;
RAYMOND NAYLOR,
DHA, Central Office;
M RICHARDSON, Warden;
K RANDLE, Major;
M ETHERLY, Captain;
C WILSON, Lieutenant;
DOES, Grievance Officers and
Correctional Officers at E.A.R.U. Max                     DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Mazurek hasn't paid the $402 filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

3. Motion for order, *Doc. 3*, denied. Mazurek cannot bypass 28 U.S.C. § 1915, the Federal Rules of Civil Procedure, and all Local Rules in seeking to obtain relief in this Court.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 March 2022