IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

GAVINO MAZUREK #138629            PLAINTIFF

v.            No: 2:22-cv-11-DPM

DEXTER PAYNE, Director;
WILLIAM STRAUGHN,
Grievance Administrator;
RAYMOND NAYLOR,
DHA, Central Office;
M RICHARDSON, Warden;
K RANDLE, Major;
M ETHERLY, Captain;
C WILSON, Lieutenant;
DOES, Grievance Officers and
Correctional Officers at E.A.R.U. Max            DEFENDANTS

## JUDGMENT

Mazurek's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

29 March 2022